```
IN THE UNITED STATES DISTRICT COURT FOR THE
       SOUTHERN DISTRICT OF ALABAMA
              SOUTHERN DIVISION
```

| | |
|---|---|
| JULIUS MCLEOD, JR., | : |
| Plaintiff, | : |
| vs. | : CIVIL ACTION 19-0205-JB-M |
| D. R. WRIGHT, | : |
| Defendant. | : |

## JUDGMENT

In accordance with the Order entered this date, it is **ORDERED, ADJUDGED,** and **DECREED** that this action is **DISMISSED** without prejudice for failure to prosecute and to obey the Court's Order.

DONE this 12th day of July, 2019.

s/JEFFREY U. BEAVERSTOCK
UNITED STATES DISTRICT JUDGE